U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 2 5 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **ERIC FRANCIS** | **CIVIL ACTION NO. 6:16-CV-1262** |
| **LA. DOC #418411** | |
| | |
| **VS.** | **SECTION P** |
| | |
| | **CHIEF JUDGE DEE D. DRELL** |
| | |
| **TIM HOOPER** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Petition for Writ of Habeas Corpus be **DISMISSED** pursuant to FRCP Rule 41(b).

**THUS DONE AND SIGNED,** in chambers, Alexandria, Louisiana, on this 25ᵗᵉ day of _____April_____, 2017.

**CHIEF JUDGE DEE D. DRELL**
**UNITED STATES DISTRICT COURT**